UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JACQUELINE C. JONES, | * | NO. 1:16-cv-8-TRM-CHS |
| Plaintiff, | * | JURY DEMAND |
| v. | * | |
| ASTEC, INC., | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that this civil action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: April 12, 2017.

BURNETTE, DOBSON & PINCHAK

By: _s/ *Frank P. Pinchak*_____
    Frank P. Pinchak, BPR #02094
    Attorneys for Plaintiff
    711 Cherry Street
    Chattanooga, TN 37402
    Phone: (423) 266-2121
    Email: fpinchak@bdplawfirm.com

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: _s/ *Rosemarie L. Hill*_____
    Rosemarie L. Hill, TN BPR No. 011235
    Justin L. Furrow, TN BPR No. 027667
    Attorneys for Defendant
    605 Chestnut Street, Suite 1700
    Chattanooga, TN 37450
    Phone: (423) 757-0242/(423) 757-0221
    Email: rhill@chamblisslaw.com
    Email: jfurrow@chamblisslaw.com

1